IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., | ) |
| Plaintiff, | ) CASE NUMBER   1:06MS00321 |
| v. | ) JUDGE:  Rosemary M. Collyer |
| TATUNG COMPANY; TATUNG COMPANY OF AMERICA, INC.; CHUNGHWA PICTURE TUBES, LTD.; AND VIEWSONIC CORPORATION, | ) |
| Defendants. | ) |

### DEFENDANTS TATUNG COMPANY, TATUNG COMPANY OF AMERICA, INC., CHUNGHWA PICTURE TUBES, LTD., AND VIEWSONIC CORPORATION'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS' MOTION TO COMPEL DEPOSITION OF JOHN ZELE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corporation (collectively "Defendants") respectfully request this Court to dismiss the above captioned action. On Friday, July 7, 2006 Defendants filed a Motion to Compel the Deposition of John Zele. The pending Motion to Compel the Deposition of John Zele is now moot. Accordingly, Defendants request that the matter relating to Case No. 1:06MS00321, and specifically the Motion to Compel be dismissed.

July 12, 2006

Respectfully submitted,

Rachel A. Adams
DC Bar #474543
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, D.C., 20004-2402
(202) 783-0800

RECEIVED
JUL 1 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DM_US\8365054.v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 12, 2006, I served a copy of Defendants' Notice of the Voluntary Dismissal of Defendants' Motion to Compel Deposition of John Zele via First Class Mail on:

Richard D. Kirk
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

and, by Electronic Mail on:

Gaspare J. Bono
Matthew T. Bailey
Andrew J. Park
Adrian Mollo
McKenna Long & Aldridge LLP
1900 K Street, N.W.
Washington, D.C. 20006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LG. PHILIPS LCD CO., LTD., ) | |
| ) | |
| Plaintiff, ) | CASE NUMBER   1:06MS00321 |
| ) | |
| v. ) | JUDGE:  Rosemary M. Collyer |
| ) | |
| TATUNG COMPANY; ) | |
| TATUNG COMPANY OF AMERICA, INC.; ) | |
| CHUNGHWA PICTURE TUBES, LTD.; ) | |
| AND VIEWSONIC CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER DISMISSING DEFENDANTS' MOTION TO COMPEL DEPOSITION OF JOHN ZELE

Upon consideration of all the reasons stated in Defendants Tatung Company, Tatung Company of America, Inc., Chunghwa Picture Tubes, Ltd., and ViewSonic Corporation's (collectively "Defendants") Notice of Voluntary Dismissal of Defendants' Motion to Compel the Deposition of John Zele,

IT IS HEREBY ORDERED THAT:

Defendants' Motion to Compel the Deposition of John Zele referenced in Case No. 1:06MS00321 is dismissed.

SO ORDERED this ___ day of _____ 2006.

_____
Rosemary M. Collyer
United States District Judge

DM_US\8365054.v1

Julie S. Gabler
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, CA 90071
(213) 892-1800

Glenn W. Rhodes
J. James Li
Qin Shi
Howrey LLP
525 Market Street, Suite 3600
San Francisco, California, 94105
(415) 848-4900

Attorneys for Defendants/Counterclaimants
Tatung Company, Tatung Company of
America, Chunghwa Picture Tubes, Ltd.
and ViewSonic Corporation